United States District Court
Southern District of Texas

**ENTERED**
January 07, 2019
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ELGIA TATES JR. & VALARIE TATES, § § § § *Plaintiffs*, § § vs. § § AMERICA'S SERVICING COMPANY, § WELLS FARGO HOME MORTGAGE, § § *Defendants*. § | CIVIL ACTION NO. 4:18-cv-00194 |

## ORDER GRANTING DEFENDANTS' MOTION TO DISMISS

Upon consideration of Defendants Wells Fargo Home Mortgage, a division of Wells Fargo Bank, N.A., and America's Servicing Company, a division of Wells Fargo Bank, N.A.[1] Motion to Dismiss and Brief in Support ("Motion to Dismiss"), the Court finds that the Motion to Dismiss should be and hereby is **GRANTED**. It is therefore

**ORDERED, ADJUDGED, AND DECREED** that all claims Plaintiffs Elgia Tates Jr., and Valarie Tates ("Plaintiffs") asserted or could have asserted against Defendants in this lawsuit are hereby **DISMISSED WITH PREJUDICE**; and it is further

**ORDERED, ADJUDGED, AND DECREED** that all costs shall be taxed against Plaintiffs.

Signed this ____ day of _____ 2018.

_____
UNITED STATES DISTRICT JUDGE

---

[1] Incorrectly sued herein as "America's Servicing Company, Wells Fargo Mortgage."